ACCEPTED
14-14-00492-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 2:16:56 PM
CHRISTOPHER PRINE
CLERK

**NO. 14-14-00492-CV**

**IN THE
COURT OF APPEALS
FOR THE
14th JUDICIAL DISTRICT
HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/7/2015 2:16:56 PM
CHRISTOPHER A. PRINE
Clerk

---

**PAUL STAMATIS, JR.**

*Appellant*

**v.**

**METHODIST WILLOWBROOK HOSPITAL; DANIEL MAO M.D.; AND
NEPTUNE EMERGENCY SERVICES, P.A.**

*Appellees*

---

Appeal from
Cause No. 2010-34910, in the
190TH District Court of Harris County, Texas

_____

**APPELLEES' MOTION FOR LEAVE
TO FILE POST-SUBMISSION BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellees Houston Methodist Willowbrook Hospital, Daniel Mao, M.D., and Neptune Emergency Services, P.A. file this Motion for Leave to File Post-Submission Brief.

Appellees seek leave to file the three-page Post-Submission Brief submitted concurrently herewith to respond to questions posed by the justices at oral argument on April 30, 2015 as to the basis of the trial court's authority to determine that the emergency standard of proof applied to Appellant's claims as a matter of law following the pretrial conference. Based on the questions posed by the Justices, Appellees believe that a concise brief on this point would assist the Court in its deliberations.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellees request that this Court grant their Motion for Leave to File Post-Submission Brief, direct the clerk to accept and file Appellees' Post-Submission Brief, and grant them all other relief to which they may be entitled.

Respectfully submitted,

**DE LA ROSA LAW FIRM**


*/s/ Oscar L. De la Rosa*

Oscar L. De la Rosa
State Bar No. 00787351
odelarosa@delarosalawfirm.com
Aron L. Gregg
State Bar No. 24027214
agregg@delarosalawfirm.com
Three Riverway, Suite 1820
Houston, Texas 77056
(713) 395-0991
(713) 395-0995 (fax)

**ATTORNEYS FOR APPELLEE, HOUSTON METHODIST WILLOWBROOK HOSPITAL**


CARDWELL & CHANG, P.L.L.C.

By: _____
LaVerne Chang
State Bar No. 00783819
511 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 222-6025
Facsimile: (713) 222-0938

**ATTORNEYS FOR APPELLEES DANIEL MAO, M.D. AND NEPTUNE EMERGENCY SERVICES, P.A.**

2

# CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties, which are listed below, about the merits of this motion with the following results:

Craig Lewis, Counsel for Appellant,

       [X]    opposes motion
       [  ]    does not oppose motion
       [  ]    agrees with motion
       [  ]    would not say whether motion is opposed
       [  ]    did not return my message regarding the motion.

*/s/ Oscar L. De la Rosa*

LaVerne Chang, Counsel for Daniel Mao, M.D. and Neptune Emergency Services, P.A.

       [  ]    opposes motion
       [  ]    does not oppose motion
       [X]    agrees with motion
       [  ]    would not say whether motion is opposed
       [  ]    did not return my message regarding the motion.

*/s/ Oscar L. De la Rosa*

Date: May 7, 2015

**CERTIFICATE OF SERVICE**

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties—who are listed below—on the 7th day of May, 2015 by facsimile and electronic service.

Counsel for Appellant Paul Stamatis, Jr.:

Craig Lewis
The Lewis Law Firm
2905 Sackett Street
Houston, Texas 77098
Facsimile: 713-328-7888

Counsel for Daniel Mao, M.D. and Neptune Emergency Services, P.A.:

La Verne Chang
Cardwell & Chang
511 Lovett Blvd.
Houston, Texas 77006
Facsímile: 713-222-0938

*/s/ Oscar L. De la Rosa*

4